UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-1679-DMG(SHx)** | Date | NOVEMBER 12, 2010 |

| | |
|---|---|
| Title | LARIO TUGAS V. CITY OF TORRANCE, ET AL., |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On June 8, 2010 , the Court set a Scheduling Conference [Doc. # 9].  As required by the Court's June 8, 2010 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report.  To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than **November 22, 2010**, why sanctions should not be imposed for his failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report.

The Scheduling Conference set for hearing on November 22, 2010 is continued to **December 13, 2010 at 11:00 a.m.**  The parties shall file their Joint Rule 26(f) Report, attaching the worksheet attached to the Court's June 8, 2010 Order, by no later than **December 6, 2010**.

**IT IS SO ORDERED.**

cc: all parties