JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARIO TUGAS,<br><br>    Plaintiff,<br><br>        v.<br><br>CITY OF TORRANCE, et al.,<br><br>    Defendants. | Case No. CV 10-01679 DMG (SHx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order re Defendants' Motion for Summary Judgment, issued on December 27, 2011, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants City of Torrance, John J. Neu, Officer Theodore Lampkin, and Officer Galassi and against Plaintiff Lario Tugas, who shall take nothing.

**IT IS SO ORDERED.**

DATED:    January 5, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-